UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| AMOS STILTNER,<br><br>    Plaintiff,<br><br>v.<br><br>B.D. WILSON, Judge Executive, *et al.*,<br><br>    Defendants. | Civil Action No. 5:18-cv-444-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Defendants on the issues raised by Stiltner herein [*see* R. 1];

2. This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a final and appealable judgment and there is no just cause for delay.

Dated August 3, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY